IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON MORRALL,

    Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

Case No. 5:25-cv-00258-TES-CHW

## **J U D G M E N T**

Pursuant to this Court's Order dated November 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of November, 2025.

    David W. Bunt, Clerk

    s/ Erin Pettigrew, Deputy Clerk